IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )      8:10CR158
                             )
      v.                     )
                             )
ROSS PRY,                    )      ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on the motion of James Martin Davis to withdraw as counsel for defendant (Filing No. 642). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. James Martin Davis is deemed withdrawn as counsel for defendant.

DATED this 3rd day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court